■ BEN-YU ZHAN et al., Plaintiffs, v SUN WING WO REALTY CORP., Appellant, and WONTON DELUXE, INC., Respondent. [617 NYS2d 523] —In an action to recover damages for personal injuries, etc., the defendant Sun Wing Wo Realty Corp. appeals from an order of the Supreme Court, Kings County (Garry, J.), dated August 31, 1992, which granted the motion made by the counsel for the defendant Wonton Deluxe, Inc., to withdraw as counsel.

Ordered that the order is affirmed, with costs.

The decision to grant or deny permission for counsel to withdraw lies within the discretion of the trial court, and the court's decision will not be overturned absent a showing of an improvident exercise of discretion (see, Haskell v Haskell, 185 AD2d 333). Based upon the papers submitted and the fact that the defendant Wonton Deluxe, Inc., did not oppose its counsel's motion to withdraw, the court did not improvidently exercise its discretion in permitting counsel to withdraw. Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.

■ ROY BEYER, Appellant-Respondent, v PAUL BEYER et al., Respondents-Appellants. [618 NYS2d 536] —Appeal by the plaintiff and cross appeal by the defendants from stated portions of a judgment of the Supreme Court, Nassau County (Segal, J.), entered September 25, 1992.

Ordered that the judgment is affirmed insofar as appealed and cross-appealed from, without costs or disbursements, for reasons stated by Justice Segal at the Supreme Court. Balletta, J. P., Rosenblatt, Miller and Ritter, JJ., concur.